

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-80,833-13, WR-80,833-14 & WR-80,833-15

**IN RE TROY THOELE, Relator**

---

### ON APPLICATIONS FOR WRITS OF MANDAMUS
**CAUSE NOS. 11-03883-CRF-272-C, 11-03884-CRF-272-C, 11-03885-CRF-272-C, 11-03886-CRF-272-C & 11-03887-CRF-272-C
IN THE 272ND DISTRICT COURT FROM BRAZOS COUNTY**

---

*Per curiam*.

### O R D E R

Relator has filed motions for leave to file applications for writs of mandamus pursuant to the original jurisdiction of this Court. In them, he contends that he filed applications for writs of habeas corpus in the 272nd District Court of Brazos County in July 2016, that more than 180 days have elapsed, and that the applications have not yet been forwarded to this Court. Relator's motion for leave to file in the WR-80,833-13 case was abated for a response from the District Clerk. The Court received a response containing an order designating issues that appeared to be signed before Relator's 11.07 applications were filed. Relator has since provided further evidence that he filed 11.07 applications in the trial court on July 29, 2016.

The record shows that the district court signed an order designating issues in these cases. The order contains three different dates. Irrespective of which date controls, the order designating issues has been pending in the trial court for over 180 days.

Respondent, the Judge of the 272nd District Court of Brazos County, shall file a response with this Court by having the District Clerk submit the records on such habeas corpus applications. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such applications. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. These applications for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted a response.

Filed: November 1, 2017
Do not publish